**THE URBAN LAW FIRM**
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
T: (702) 968-8087
F: (702) 968-8088
E: murban@theurbanlawfirm.com
  nring@theurbanlawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT PALACE, LLC d/b/a CAESAR'S PALACE, a Nevada limited-liability company; HLV CERP MANAGER, LLC, a Nevada limited-liability company, HARRAH'S LAS VEGAS, LLC d/b/a HARRAH'S CASINO HOTEL, LAS VEGAS, a Nevada limited-liability company, BALLY'S LAS VEGAS MANAGER, LLC, a foreign limited-liability company, | CASE NO: 2:18-cv-01557-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME FOR ANSWER OR TO OTHERWISE PLEAD** |

|   |   |
|---|---|
| | PARBALL NEWCO, LLC d/b/a BALLY'S LAS VEGAS, a foreign limited-liability company, FLAMINGO CERP MANAGER, LLC, a Nevada limited-liability company, FLAMINGO LAS VEGAS OPERATING COMPANY, LLC d/b/a FLAMINGO LAS VEGAS, a Nevada limited-liability company, PARIS CERP MANAGER, LLC, a Nevada limited-liability company, PARIS LAS VEGAS OPERATING COMPANY, LLC d/b/a PARIS LAS VEGAS, a Nevada limited-liability company,<br><br>Defendant. |

Plaintiffs, TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST, by and through their counsel of record, The Urban Law Firm and Defendants, DESERT PALACE, LLC d/b/a CAESAR'S PALACE, a Nevada limited-liability company; HLV CERP MANAGER, LLC, a Nevada limited-liability company, HARRAH'S LAS VEGAS, LLC d/b/a HARRAH'S CASINO HOTEL, LAS VEGAS, a Nevada limited-liability company, BALLY'S LAS VEGAS MANAGER, LLC, a foreign limited-liability company, PARBALL NEWCO, LLC d/b/a BALLY'S LAS VEGAS, a foreign limited-liability company, FLAMINGO CERP MANAGER, LLC, a Nevada limited-liability company, FLAMINGO LAS VEGAS OPERATING COMPANY, LLC d/b/a FLAMINGO LAS VEGAS, a Nevada limited-liability company, PARIS CERP MANAGER, LLC, a Nevada limited-liability company, PARIS LAS VEGAS OPERATING

COMPANY, LLC d/b/a PARIS LAS VEGAS, a Nevada limited-liability company, by and through their counsel, Greenberg Traurig, hereby agree and stipulate as follows:

1. The Defendants' current date to file its answer or other pleading in response to Plaintiffs' complaint is September 19, 2018.

2. The Plaintiffs have agreed, if approved by this Court, to extend the time for the Defendants' to answer or otherwise plead until October 19, 2018.

3. This extension is the first stipulation to extend Defendants' time to answer or otherwise plead.

4. The parties have engaged in settlement discussions, and the Plaintiff Trustees are to consider the Defendants' settlement offer at their next Board of Trustees meeting scheduled to occur on September 26, 2018.

5. The parties request that the Court approve this extension to allow the parties time to complete settlement discussion, and if no settlement is reached, to then provide Defendants time to then respond to Plaintiffs' Complaint.

6. The parties and their counsel are filing this stipulation to extend in good faith and not for any improper purpose or to unduly delay these proceedings.

Dated: September 17, 2018.

By: /s/ Nathan R. Ring
Nevada State Bar No. 12078
The Urban Law Firm
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
*Counsel for Plaintiffs*

/s/ Michael R. Hogue
Nevada State Bar No. 12400
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Counsel for Defendants*

IT IS SO ORDERED.

Cam Ferenbach
United States Magistrate Judge

DATED: September 18, 2018