**THE URBAN LAW FIRM**
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
T: (702) 968-8087
F: (702) 968-8088
E: murban@theurbanlawfirm.com
   nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>                Plaintiffs,<br><br>vs.<br><br>DESERT PALACE, LLC d/b/a CAESAR'S PALACE, a Nevada limited-liability company; HLV CERP MANAGER, LLC, a Nevada limited-liability company, HARRAH'S LAS VEGAS, LLC d/b/a HARRAH'S CASINO HOTEL, LAS VEGAS, a Nevada limited-liability company, BALLY'S LAS VEGAS MANAGER, LLC, a foreign limited-liability company, PARBALL NEWCO, LLC d/b/a BALLY'S | CASE NO: 2:18-cv-01557-GMN-VCF<br><br>**AMENDED JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

1

LAS VEGAS, a foreign limited-liability company, FLAMINGO CERP MANAGER, LLC, a Nevada limited-liability company, FLAMINGO LAS VEGAS OPERATING COMPANY, LLC d/b/a FLAMINGO LAS VEGAS, a Nevada limited-liability company, PARIS CERP MANAGER, LLC, a Nevada limited-liability company, PARIS LAS VEGAS OPERATING COMPANY, LLC d/b/a PARIS LAS VEGAS, a Nevada limited-liability company,

Defendant.

IT IS HEREBY STIPULATED AND AGREED by and between, Plaintiffs, TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST, by and through their counsel of record, The Urban Law Firm and Defendants, DESERT PALACE, LLC d/b/a CAESAR'S PALACE, a Nevada limited-liability company; HLV CERP MANAGER, LLC, a Nevada limited-liability company, HARRAH'S LAS VEGAS, LLC d/b/a HARRAH'S CASINO HOTEL, LAS VEGAS, a Nevada limited-liability company, BALLY'S LAS VEGAS MANAGER, LLC, a foreign limited-liability company, PARBALL NEWCO, LLC d/b/a BALLY'S LAS VEGAS, a foreign limited-liability company, FLAMINGO CERP MANAGER, LLC, a Nevada limited-liability company, FLAMINGO LAS VEGAS OPERATING COMPANY, LLC d/b/a FLAMINGO LAS VEGAS, a Nevada limited-liability company, PARIS CERP MANAGER, LLC, a Nevada limited-liability company, PARIS LAS VEGAS OPERATING COMPANY, LLC d/b/a PARIS

2

LAS VEGAS, a Nevada limited-liability company, by and through their counsel, Greenberg Traurig, and subject to the approval and Order of the Court, as follows:

1. A full and final settlement of the above-entitled action has been entered into and agreed to by all parties. Therefore, the parties request that this action be dismissed with prejudice.

2. The parties have executed a Settlement Agreement and Mutual Release setting forth the terms of their agreement. The terms and conditions of the Settlement Agreement and Mutual Release, and all documents referred to or attached thereto, are incorporated herein by this reference.

3. The parties have agreed that this case shall be dismissed with prejudice.

4. Each party will bear its own attorney's fees and costs.

Dated: December 18, 2018.        **THE URBAN LAW FIRM**

*/s/ Nathan R. Ring*
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
*Counsel for Plaintiffs*

Dated: December 18, 2018.        **GREENBERG TRAURIG, LLP**

*/s/ Michael R. Hogue*
Michael R. Hogue, Nevada State Bar No. 12400
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Counsel for Defendants*

## ORDER

**IT IS HEREBY ORDERED** that the Joint Stipulation for Dismissal with Prejudice, (ECF Nos. 18, 19), is **GRANTED**.

**DATED this** 19 **day of December, 2018.**

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT